STATE OF NEW JERSEY v. CHURCHDALE LEASING AND
A.C. ENTERPRISES.

October 6, 1987.

Petition for certification granted. (See 217 *N.J.Super.* 307).

STATE OF NEW JERSEY v. OJO TRUCKING CORPORATION
AND YARDVILLE SUPPLY COMPANY.

October 6, 1987.

Petition for certification granted. (See 217 *N.J.Super.* 307).

NEW BRUNSWICK SAVINGS BANK v. PETER MARKOUSKI.

October 6, 1987.

Petition for certification denied.

PREL CORPORATION v. TOWNSHIP OF LOPATCONG v.
REPUBLIC INSURANCE CO. v. JACOB BURSTYN.

October 13, 1987.

Petition for certification denied.